No. 99–10174. JACKSON v. ANDERSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–10175. JOHNSON v. CITY OF PHILADELPHIA. C. A. 3d Cir. Certiorari denied.

No. 99–10176. ASPELMEIER v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 99–10177. WOODS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–10178. WALTON ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–10179. GIBSON v. PRUITT, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–10180. GREEN v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 99–10181. HOGG v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–10182. HORSLEY v. FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 99–10183. HARRIS v. KAYLO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–10184. GARRETT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–10185. ALBERTO GARCIA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–10186. HARRIS v. HOLT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–10187. FISHER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–10189. WALKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.